UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED A. TIPOO,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.<br><br>　　　　　　　　Defendant. | Case No. 23-cv-1246-BAS-JLB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS (ECF No. 10)** |

Before this Court is the parties' request to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure ("Rule") 41. (ECF No. 10.) Under Rule 41(a)(1)(A), a plaintiff has an absolute right to voluntarily dismiss his action by (1) filing a notice of voluntary dismissal before a defendant has filed an answer or moved for summary judgment, *see* Rule 41(a)(1)(A)(i), or (2) filing a stipulation of dismissal signed by all parties who have appeared, *see* Rule 41(a)(1)(A)(ii). *See also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Dismissal pursuant to Rule 41(a)(1)(A)(ii) is effective upon the filing of a compliant notice or stipulation. No court order is required. *See Stone v. Woodford*, CIV-F-05-845 AWI-DLB, 2007 WL 527766 (E.D. Cal. Feb. 16, 2007). Nonetheless, the local civil rules of this district require that where, as here, litigants seek

1  voluntary dismissal by filing a signed stipulation pursuant to Rule 41(a)(1)(A)(ii), such a
2  stipulation must be filed as a joint motion.[1]
3     A dismissal is without prejudice unless the parties stipulate otherwise. *See* Fed. R.
4  Civ. P. 41(a)(1)(B).  Here, the parties have stipulated otherwise.  (*See* ECF No. 10
5  (stipulating to dismissal with prejudice).)
6     Having considered the parties' request, the Court **GRANTS** the Joint Motion. (ECF
7  No. 10.)  Thus, the Court **DISMISSES WITH PREJUDICE** the instant action.  The Clerk
8  of Court is directed to close the case.
9     **IT IS SO ORDERED.**
10 **DATED: October 30, 2023**

Hon. Cynthia Bashant
United States District Judge

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.